**94–2235.** State v. Wallace. *Hamilton County,* No. C–900779. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective October 24, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**94–2241.** State v. Jackson. *Cuyahoga County,* No. 63535. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective October 24, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, October 26, 1994*

## MOTION DOCKET

**94–1804.** Piphus v. Blum. In Prohibition. On motion to dismiss and on motion to amend complaint. *Sua sponte,* the court of appeals is made a party and it is given fourteen days to answer.

**94–2117.** Best v. Energized Substation Serv. *Lorain County,* No. 93CA005737. On application for stay of execution pending court of appeals' decision in *Moore v. Dayton Power & Light Co.,* Montgomery County, No. 14482. Application denied.

## RECONSIDERATION DOCKET

**93–1374.** State v. Webb. *Clermont County,* No. CA91–08–053. Reported at 70 Ohio St.3d 325, 638 N.E.2d 1203.

On motion for reconsideration. Motion denied.

On application for stay of execution pending final disposition of appeal to United States Supreme Court. Application denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.